**FILED**

APR 3 0 2013

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-12-266-CRB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [~~proposed~~] ORDER |
| CARLISHA LAWSON, | ) | |
| Defendant. | ) | |

IT IS ORDERED THAT leave is granted to the government to dismiss Defendant Carlisha Lawson from the above-captioned indictment.

IT IS SO ORDERED.

Date: April 30, 2013

Charles R. Breyer
United States District Judge